## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 47.149.59.106,<br><br>        Defendant. | Case Number: 5:19-cv-00918-TJH-SP<br><br>Judge Terry J. Hatter, Jr.<br>Magistrate Judge Sheri Pym<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF LIMITED PROTECTIVE ORDER AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, PROPOSED SUMMONS, AND RETURN OF SERVICE UNDER SEAL** |

THIS CAUSE came before the Court upon Plaintiff's *Ex-Parte* Application for Extension of Limited Protective Order and for Leave to File the First Amended Complaint, Proposed Summons, and Return of Service Under Seal, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Application is granted. The limited protective order issued in the Court's Order dated July 8, 2019 (Dkt. 12) will not expire until 30 days after the Defendant has been served with the First Amended Complaint and Summons. In addition, Plaintiff may file its First Amended Complaint, proposed summons, and return of service under seal.

SO ORDERED this _____ day of _____, 2019.

_____
United States District Judge

1

[Proposed] Order on Plaintiff's *Ex-Parte* Application for Extension of Limited Protective Order and for Leave to File First Amended Complaint, Proposed Summons, and Return of Service Under Seal

Case No. 5:19-cv-00918-TJH-SP