AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>ED19CV00918 TJH | DATE FILED<br>5/16/2019 | United Stated District Court - Central District of California |
| PLAINTIFF<br>STRIKE 3 HOLDINGS, LLC | | DEFENDANT<br>JOHN DOE subscriber assigned IP address 47.149.59.106 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☒ No | DATE RENDERED<br>3/24/2020 |
|---|---|---|
| CLERK<br>KIRY K. GRAY | (BY) DEPUTY CLERK<br>S. Hall-Brown | DATE<br>3/25/2020 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Location:** Upland, CA  
**Total Works Infringed:** 46

**Exhibit A to the Complaint**

**IP Address:** 47.149.59.106  
**ISP:** Frontier Communications

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 7724965CFD0EFA204861E4994E4C375734FAC910 | 03/09/2019 02:50:14 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 2 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | 10/18/2017 21:01:27 | Tushy | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 3 | 1C8DF431BA4F95863FE4DE7C7530C9327392C74E | 01/12/2018 04:26:18 | Vixen | 01/09/2018 | 01/15/2018 | PA0002070945 |
| 4 | 24F17708EFCAC58DF9FDADED47654864C1F4DB52 | 06/02/2018 16:00:49 | Vixen | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 5 | 25075BEE3E430D7FF4B45A78867471F6EA59D266 | 12/29/2018 22:14:25 | Tushy | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 6 | 2576C73FCD16A2BDC9675221DA0B37F983BF2064 | 03/09/2019 02:52:30 | Tushy | 03/07/2019 | 03/31/2019 | PA0002163981 |
| 7 | 288EBA072091AF90DF7E22989C4BC66087B2C773 | 01/21/2019 05:29:19 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 8 | 2C071D5726E41EDE6397DC9647BF1DB9CC406DF1 | 07/13/2017 18:29:48 | Vixen | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 9 | 2F83CE09B1F20BE375C20F1028CD3FBEF3813FDE | 02/19/2019 07:35:24 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 10 | 44F6C759F4752247486CF56C77F44FEA0E1065F2 | 11/28/2017 04:24:17 | Tushy | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 11 | 480D2F2498CDBF44671A6466C47FC3B803315852B | 03/12/2018 02:22:06 | Vixen | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 12 | 4F66CB8B23BA0087866331E186EA7328DB385A98 | 09/18/2018 06:37:29 | Vixen | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 13 | 539206DD83E7F166614129CC383C2F85D5B01F7C | 03/30/2019 22:08:39 | Vixen | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 14 | 57F9F943AA3D32EC352242501746C32BF0852915 | 11/14/2017 00:41:26 | Blacked Raw | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 15 | 5A06B4EA4DB48984499F2E9EA7213220E835089D | 09/10/2017 23:33:24 | Blacked | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 16 | 614B7983C363991697DCE77186A7888DFD67F5D1 | 03/30/2019 19:47:46 | Vixen | 09/01/2018 | 11/01/2018 | PA0002143431 |
| 17 | 62D04DB1D5F98E200DA8E4DD2744EEB9FB56E9C4 | 10/17/2018 03:34:38 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 64683F0353A903719B39E742A35B975B17849BF7 | 09/02/2017 04:06:29 | Vixen | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 19 | 6796FDD4C4EFF8FBB60A1EB37E014246E4034162 | 12/25/2018 18:30:25 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 20 | 690ACD2F2BB4613B6E311444559109F675DB8F088 | 01/16/2018 23:39:05 | Tushy | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 21 | 73C3010C15BEF96AF5671F698D12BE4B31CE29D6 | 08/13/2017 19:29:14 | Vixen | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 22 | 77537958D009D974B9970112342BCA232614C16F | 01/12/2018 04:03:27 | Blacked | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 23 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | 11/14/2017 00:41:32 | Blacked | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 24 | 7B364338CD90FC951B3F536B186EBA30DE4246FC | 11/29/2018 21:07:45 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 25 | 821F855568FE4AC5875613F128A9D9527DE3BF59 | 03/02/2019 18:34:51 | Vixen | 02/28/2019 | 03/31/2019 | PA0002163973 |
| 26 | 992FDDD2DE5063234944 3D9DA5DE56C05C7BE204 | 07/13/2017 18:29:56 | Blacked | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 27 | 9F603D8C63DBB71F9A0412A627208 1629F2302B8 | 02/25/2019 19:39:27 | Vixen | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 28 | 9FBD8AB62AFA8BDE0194F6289D7423CDFA989E4E | 06/02/2018 16:06:39 | Vixen | 05/24/2018 | 07/14/2018 | PA0002128388 |
| 29 | A13372D383B6487823771167C3024FF64D0BAF6F | 12/17/2018 03:39:36 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 30 | A5771BCE0E8944ACFDE663D1705F22C29E8104BF | 03/15/2019 22:16:53 | Vixen | 03/15/2019 | 04/08/2019 | PA0002164872 |
| 31 | BC8CCB2274A5E7EC5CC5AF8F5DC221BD4065CA2E | 09/10/2017 22:54:04 | Vixen | 05/04/2017 | 06/16/2017 | PA0002069283 |
| 32 | BD854768B2F7F60A088E5A249207DEACEE5A7CD0 | 02/24/2019 04:41:54 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 33 | BF75500E3C7376C41A5E335967B428381293808C | 10/26/2018 04:24:12 | Vixen | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 34 | CE7F19662BFCAA1C1482CD2B20490D9057CA15C6 | 11/14/2017 00:50:39 | Vixen | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 35 | D1FC96E10BA77 48B5EB03C8BF0B6C39397B9979F | 11/07/2017 23:40:37 | Tushy | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 36 | D43DA92C9E2BFF98A101601F87E91B30FE662994 | 03/25/2018 17:52:02 | Tushy | 03/17/2018 | 04/17/2018 | PA0002116750 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | D43EAF2FF1FA2A5C2ACF3F31882CF49FD44BBF88 | 09/15/2018 20:13:17 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 38 | D72165EC4FA2005CFFC1F7559B1681946B18A3FF | 10/17/2018 03:33:05 | Tushy | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 39 | DD037E5CF4C3D383FDD4C256BD0A5B2E0007CB04 | 02/25/2019 07:30:35 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 40 | E895E4E69F428DABB264A9F9B1A6F79551270B8E | 09/10/2017 23:34:19 | Blacked | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 41 | EAAC93309F7CD7334A698050CCB6121530B3ECC8 | 09/10/2017 22:50:36 | Vixen | 09/06/2017 | 09/15/2017 | PA0002052844 |
| 42 | F093E55306EC1F28DC33FAAA46DE34E56C7E3631 | 12/28/2017 00:59:23 | Vixen | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 43 | F94D293EABA667A2333C86C17E642EF4A656578E | 05/04/2018 00:19:49 | Vixen | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 44 | FB7E3EA3B9E083499E761482A6C6D7DFDB749555 | 10/10/2018 20:43:53 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 45 | FD5E373399EF472BD00ED045C4D244E369622FF6 | 09/10/2017 23:02:15 | Blacked | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 46 | FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9 | 09/18/2018 06:41:33 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |